## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THORNELL K. PAGE | * | |
| and | * | |
| ELSIE G. PAGE | * | |
| Plaintiffs | * | Case No: JFM00CV1192 |
| v. | * | |
| THE MAYOR AND CITY COUNCIL | * | |
| OF BALTIMORE | * | |
| and | * | |
| ROBERT MARSILI, JR. | * | |
| Defendants | * | |

*       *       *       *       *       *       *       *       *       *       *       *       *

### CONSENT MOTION TO EXTEND TIME
### FOR PLAINTIFFS' RESPONSES TO DEFENDANTS'
### MOTION TO DISMISS

Thornell K. Page and Elsie G. Page, by their Attorneys, Stanley Alpert and Cohen, Alpert

& Forman and the Mayor and City Council of Baltimore and Robert Marsili, Jr., by their

Attorneys Michael G. Raimondi and Adam S. Levine do hereby stipulate and agree that the

Plaintiffs' responses to the Defendants' motion to dismiss be extended to Friday, May 26, 2000.

Stanley Alpert # 03454
Cohen, Alpert & Forman
334 St. Paul Place
Baltimore, Maryland 21202
(410)539-1230

Michael G. Raimondi
Adam S. Levine
Assistant Solicitors, Baltimore City
Law Department
100 N. Holliday Street
Baltimore, Maryland 21202
(410) 396-3928

**SO ORDERED THIS** *19* **DAY OF MAY, 2000.**

J. Frederick Motz
United States District Judge