UNITED STATES DISTRICT COURT
_____ FILED    DISTRI ENTERED MARYLAND
_____ LODGED _____ RECEIVED

| CHAMBERS OF | JUN 2   2000 | 101 W. LOMBARD STREET |
| J. FREDERICK MOTZ | | BALTIMORE, MARYLAND 21201 |
| UNITED STATES DISTRICT JUDGE | | (410) 962-0782 |
| | AT BALTIMORE | FAX (410) 962-2698 |
| | CLERK U.S. DISTRICT COURT | |
| | DISTRICT OF MARYLAND | |
| BY | DEPUTY | |

June 2, 2000

Memo to Counsel Re: Thornell Page v. Mayor & City Council of Baltimore, et al.
    Civil No. JFM-00-1192

Dear Counsel:

This will confirm the schedule set during the conference held yesterday.

| October 6, 2000 | Factual discovery deadline |
| November 3, 2000 | Deadline for defendant(s) to file motion for summary judgment |
| December 1, 2000 | Deadline for plaintiff to file opposition |
| December 15, 2000 | Deadline for defendant(s) to file a reply |

I have used the term "defendant(s)" in the above schedule because I have not yet ruled upon Mr. Marsili's motion to dismiss. I will do so after Mr. Raimondi has filed his reply.

This will also confirm that the expert reports and expert discovery will be deferred until I have ruled upon the anticipated motion for summary judgment on liability issues. If I deny that motion, I will then set a schedule for Rule 26(a)(2) disclosures and an expert discovery deadline.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File