FILED ____
LODGED ____
AUG 3 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THORNELL K. PAGE | * |
| | * |
| v. | *   Civil No. JFM-00-1192 |
| | * |
| THE MAYOR & CITY COUNCIL OF | * |
| BALTIMORE | * |
| | ***** |

ORDER

For the reasons stated in the accompanying memo to counsel, it is, this 3rd day of August 2000

ORDERED

1. Plaintiffs' motion to file first amended complaint is granted;

2. Defendants' motion to dismiss complaint is granted in part and denied in part; and

3. Plaintiffs' claims for punitive damages are dismissed.

_____
J. Frederick Motz
United States District Judge

