

DEPARTMENT OF LAW

THURMAN W. ZOLLICOFFER, JR., City Solicitor
101 City Hall
Baltimore, Maryland 21202

September 26, 2000

The Honorable J. Frederick Motz
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

    Re: Thornell Page v. Mayor & City Council of Baltimore, et al.
        Civil No: JFM-00-1192

Dear Judge Motz:

    Although discovery is progressing, we write to request the extension of the scheduling order in the above-referenced matter as indicated below. Plaintiff's counsel has reviewed the new timetable and is in agreement.

    If acceptable to the Court, the scheduling order would now read as follows:

| Date | Deadline |
|---|---|
| November 20, 2000 | Factual Discovery Deadline |
| December 20, 2000 | Deadline for Defendants' Summary Judgment Motion |
| January 22, 2001 | Deadline for Plaintiff's Opposition |
| February 5, 2001 | Deadline for Defendants' Reply |

Thank you for your consideration and courtesy in this matter.

                              Sincerely,

                              Michael G. Raimondi
                              Principal Counsel

                              Adam S. Levine
                              Assistant Solicitor

cc Stanley Alpert, Esq.

Printed on recycled paper with environmentally friendly soy based ink.