**In the United States District Court**
**For the District of Maryland**

| | |
|---|---|
| Thornell K. Page <br> and <br> Elsie G. Page <br>     Plaintiffs <br> v. <br> The Mayor & City Council of Baltimore, <br> A Municipal Corporation <br> and <br> Robert Marsili, Jr. <br> Chief of Transportation <br> Department of Public Works <br> City of Baltimore <br>     Defendants | * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br><br> Civil No. JFM-00-1192 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

The Mayor & City Council of Baltimore,     *
A Municipal Corporation
    Counter-Plaintiff
                                         *
Thornell K. Page
    and                                         *
Elsie G. Page
    Counter-Plaintiffs                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

Plaintiffs and Counter-Defendants Thornell and Elsie Page, by their undersigned counsel, and Counter-Plaintiff the Mayor and City Council of Baltimore, by its undersigned counsel, hereby dismiss with prejudice their claim and counterclaim in this matter in accord with a settlement agreement approved by the Baltimore City Board of Estimates on May 23, 2001.



                                                                        Michael G. Raimondi
                                                                        Principal Counsel

_____
Adam S. Levine
Assistant City Solicitor
Baltimore City Law Department
100 N. Holliday Street
Baltimore, MD 21202
(410) 396-3925

Attorneys for the City


_____
Stanley Alpert, Esq.
Alpert, Cohen & Forman
334 St. Paul Place
Baltimore, MD 21202
(410) 539-1230

Attorney for the Pages

LAW OFFICES
# COHEN, ALPERT AND FORMAN, LLC
334 ST. PAUL PLACE
BALTIMORE, MARYLAND 21202

DAVID H. COHEN
STANLEY ALPERT
GEOFFREY L. FORMAN
Members

W. SCOTT TINNEY

August 9, 2001

PHONE
(410) 539-1230
(410) 685-8845
(410) 837-0711
FAX TO: (410) 685-8846 ☐
FAX TO: (410) 837-3578 ☐

FILED ____ ENTERED
LODGED ____ RECEIVED

AUG 1 0 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

**Re: Thurnell Page v. Mayor & City Council of Baltimore, et al.**
**Civil number: JFM 00-1192**

Dear Mr./Madam Clerk:

　　Please find enclosed herein a notice of dismissal with prejudice for filing in the above referenced matter..

　　Thank you for your cooperation.

Very truly yours,

Stanley Alpert

cc: Honorable J. Frederick Motz
　　Chief Judge
　　Adam S. Levine, Esq.
　　Raymond G. Raimondi, Esq.